

NUMBER 13-11-00157-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE TRACTOR SUPPLY CO. OF TEXAS, LP D/B/A
TRACTOR SUPPLY COMPANY #1104,
TRACTOR SUPPLY COMPANY, AND VICTOR FONSECA

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam[1]

Relators, Tractor Supply Co. of Texas, LP d/b/a Tractor Supply Company #1104, Tractor Supply Company, and Victor Fonseca, filed a petition for writ of mandamus on March 22, 2011. The parties to this original proceeding have now filed an "Agreed Motion to Dismiss in Aid of Settlement." According to this motion, the parties have fully and finally compromised and settled all matters of fact and things in controversy

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

between them.  Accordingly, the parties request that we dismiss this original proceeding with prejudice.

The Court, having examined and fully considered the agreed motion to dismiss, is of the opinion that the motion should be granted.  Accordingly, we GRANT the motion to dismiss and DISMISS this original proceeding with prejudice.

It is so ORDERED.


PER CURIAM


Delivered and filed
the 4th day of May, 2011.